UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROGER JON JIBSON,**

    **Plaintiff,**

v.                        Case No: 8:21-cv-2341-WFJ-AEP

**MANATEE COUNTY SHERIFF'S OFFICE**

    **Defendant.**
_____/

**ORDER**

    Plaintiff Roger Jon Jibson has failed to comply with the March 30, 2022 order (Doc. 5) directing him to file an amended complaint within 30 days. The order was mailed to Mr. Jibson at the address on file and was not returned undeliverable. Mr. Jibson has not filed an amended complaint, nor requested an extension of time within which to do so. Accordingly, this case is **DISMISSED** without prejudice for failure to prosecute and for failure to comply with the March 30, 2022 order. The **CLERK** is directed to **CLOSE** this case.

    **DONE and ORDERED** in Tampa, Florida on May 9, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party